IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 NOV 18 PM 3: 27

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Violation Number 2147154 NE-14 |
| vs. ) | |
| ) | **ORDER** |
| ALAN VALENTINE, ) | |
| ) | |
| Defendant. ) | |

On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed without prejudice.

ORDERED this 18th day of ~~October~~ November, 2010.

BY THE COURT:

*[signature]*

THOMAS D. THALKEN
**UNITED STATES MAGISTRATE JUDGE**